**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CURTIS LOWERY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23cv358 |
| | ) | **Electronic Filing** |
| **UNITED STATES STEEL CORPORATION,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this 21st day of September, 2026, upon due consideration of plaintiff's renewed motion to compel, defendant's opposition thereto, and the defendant's gathering of information from the limited searches conducted after the in-person status conference held on October 15, 2025, **IT IS ORDERED** that [78] the motion be, and the same hereby is, granted to the extent it sought any information disclosed by defendant before or following the October 15, 2025, status conference and denied in all other aspects. Plaintiff's counsel failed to appear at the scheduled November 24, 2025, status conference to 1) further discuss the search results defense counsel generated after the October 15, 2025, status conference and 2) pursue any appropriate proportional inquiries within the scope of plaintiff's request for information on potential comparators. Thus, plaintiff waived any right to further pursue the issues raised.

And even assuming that the court should somehow overlook plaintiff's waiver, the motion as presented sought information that at best was tangentially relevant to the issues in the case and propounded requests that were disproportional to the needs therein. Thus, the burden of

pursuing the matter further would outweigh its likely benefit.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: David M. Kobylinski, Esquire
Peter T. Kobylinski, Esquire
Laura C. Bunting-Williams, Esquire
Marla N. Presley, Esquire

(*Via CM/ECF Electronic Mail*)