**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CURTIS LOWERY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23cv358 |
| | ) | **Electronic Filing** |
| **UNITED STATES STEEL CORPORATION,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

AND NOW, this 21st day of September, 2026, upon due consideration of plaintiff's motion for sanctions and the parties' submissions in conjunction therewith, **IT IS ORDERED** that [85] the motion be, and the same hereby is, granted to the extent it seeks relief in the form of taking Dr. Melani Cheers' deposition in-person and denied in all other aspects.

Notwithstanding the present-day conveniences of online proceedings, conducting depositions in-person remains the accepted default and in the absence of a protective order or an agreement between the parties, the noticing party may insist on proceeding in that format. Fed. R. Civ. P 30(b)(4). And the inquiry sufficiently is connected to the matters at issue; and

IT FURTHER IS ORDERED that plaintiff shall re-notice Dr. Cheers' in-person deposition on a date and time mutually agreeable with opposing counsel and within the next 60 days.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: David M. Kobylinski, Esquire
Peter T. Kobylinski, Esquire
Laura C. Bunting-Williams, Esquire
Marla N. Presley, Esquire

(*Via CM/ECF Electronic Mail*)